IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **K.A., a minor, by her guardians and natural parents, JENNIFER ALLEBACH and BRIAN ALLEBACH,** | : | **CIVIL ACTION** |
| Plaintiffs, | : | |
| v. | : | |
| **UPPER PERKIOMEN SCHOOL DISTRICT, DUANE WICKARD**, in his individual capacity and as an agent of the Upper Perkiomen School District Education Center, **ARTHUR VIGILANTE**, in his individual capacity and as an agent of the Upper Perkiomen School District Education Center, and **TIMOTHY KIRBY Ph.D.**, in his individual capacity and as an agent of the Upper Perkiomen School District Education Center, | : | **No. 11-2610** |
| Defendants. | : | |

**O R D E R**

**AND NOW,** this 21st day of June, 2012, upon consideration of Defendants' Motion to Dismiss Counts V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI of Plaintiffs' Complaint (Document No. 11), and K.A.,'s Response to Defendants' Motion to Dismiss (Document No. 12), and after review of the Report and Recommendation of United States Magistrate Judge M. Faith Angell dated March 12, 2012 (Document No. 24), and Defendants' Objections to the Report and Recommendation of the United States Magistrate (Document No. 25), for the reasons set forth in the Memorandum dated June 21, 2012, **IT IS ORDERED**:

1. The Report and Recommendation of United States Magistrate Judge M. Faith Angell dated March 12, 2012, is **APPROVED** and **ADOPTED**;

2. Defendants' Motion to Dismiss is **DENIED** as to Counts V, VI, VII, VIII, IX and X of K.A.,'s Complaint; and,

3. Defendants' Motion to Dismiss is **GRANTED** as to Counts XI, XII, XIII, XIV, XV, and XVI of K.A.,'s Complaint, by consent of counsel.

                                         **BY THE COURT:**

                                         **/s/ Jan E. DuBois**

                                           _____
                                             **JAN E. DUBOIS, J.**